IN THE SUPREME COURT OF THE STATE OF NEVADA

SETH AARON STOKES,
Appellant,
vs.
TANA A. COGAN,
Respondent.

No. 84455

FILED

APR 15 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____S. Young_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed on March 30, 2022, without payment of the requisite filing fee. *See* NRAP 3(e). That same day, this court issued a notice directing appellant to pay the required filing fee or demonstrate compliance with NRAP 24 within 7 days. The notice advised that failure to comply would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Michele Mercer, District Judge, Family Court Division
Page Law Firm
Hitzke & Ferran
Eighth District Court Clerk

22-11921